UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               v.<br><br>ELIEZER RONDON,<br>  a/k/a "La Grasa,"<br><br>              Defendant. | 23-CR-634 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **September 12, 2024,** at **4:00 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: September 6, 2024
       New York, New York

                                                      DALE E. HO
                                     United States District Judge